**No. 09-1454. Bob Camreta, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, et al.**

**No. 09-1478. James Alford, Deputy Sheriff, Deschutes County, Oregon, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, et al.**

562 U.S. 1209, 131 S. Ct. 1465, 179 L. Ed. 2d 92, 2011 U.S. LEXIS 1081.

February 18, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.